UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARK HESSEY AND TAMMY SUE HESSEY, | ) ) ) | |
| Plaintiffs, | ) ) | CAUSE NO. 3:07-CV-552 RLM |
| v. | ) ) | |
| WASTE MANAGEMENT, | ) ) | |
| Defendant. | | |

## REPORT AND RECOMMENDATION

On April 3, 2009, this Court ordered Plaintiffs, Mark and Tammy Sue Hessey ("Hessey"), to file a status report. The Hesseys were given until May 1, 2009 to make their filing. However, the Hesseys failed to meet this deadline. Consequently, on May 5, 2009, this Court issued an order to show cause, directing the Hesseys to submit a filing in compliance with this Court's former order and explain why their case should not be dismissed for failure to prosecute their claim. The Hesseys were given until May 15, 2009 to respond. As of this date, the Hesseys have still not responded to this Court's initial order or the order to show cause, despite this Court's warning pursuant to Timms v. Frank, 953 F.2d 281, 285-86 (7th Cir. 1992) and Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982) that failure to do so may result in a dismissal of their case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. The Hesseys have failed to comply with two court orders and have provided no written documentation explaining their inaction. Accordingly, this Court can only assume that Hesseys have abandoned their case. As a result, for the

aforementioned reasons, this Court **RECOMMENDS** that the Hessey's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 26th Day of May, 2009.

<u>S/Christopher A. Nuechterlein</u>
Christopher A. Nuechterlein
United States Magistrate Judge

cc: Mark Hessey and Tammy Sue Hessey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARK HESSEY AND TAMMY SUE HESSEY, | ) ) ) | |
| Plaintiffs, | ) ) | CAUSE NO. 3:07-CV-552 RLM |
| v. | ) ) | |
| WASTE MANAGEMENT, | ) ) | |
| Defendant. | | |

**REPORT AND RECOMMENDATION**

On April 3, 2009, this Court ordered Plaintiffs, Mark and Tammy Sue Hessey ("Hessey"), to file a status report. The Hesseys were given until May 1, 2009 to make their filing. However, the Hesseys failed to meet this deadline. Consequently, on May 5, 2009, this Court issued an order to show cause, directing the Hesseys to submit a filing in compliance with this Court's former order and explain why their case should not be dismissed for failure to prosecute their claim. The Hesseys were given until May 15, 2009 to respond. As of this date, the Hesseys have still not responded to this Court's initial order or the order to show cause, despite this Court's warning pursuant to Timms v. Frank, 953 F.2d 281, 285-86 (7th Cir. 1992) and Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982) that failure to do so may result in a dismissal of their case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. The Hesseys have failed to comply with two court orders and have provided no written documentation explaining their inaction. Accordingly, this Court can only assume that Hesseys have abandoned their case. As a result, for the

aforementioned reasons, this Court **RECOMMENDS** that the Hessey's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 26th Day of May, 2009.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

cc: Mark Hessey and Tammy Sue Hessey