UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARK HESSEY and TAMMY HESSEY, )
)
        Plaintiffs )
)
  vs. )   CAUSE NO. 3:07-CV-552 RM
)
WASTE MANAGEMENT, )
)
        Defendant )

O R D E R

No objection having been filed to the Report and Recommendation issued by Magistrate Judge Nuechterlein on May 26, 2009, the court ADOPTS the Magistrate's findings and recommendations [docket # 30], and ORDERS this cause DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

ENTERED:   June 17, 2009

                        /s/ Robert L. Miller, Jr.
                        Chief Judge
                        United States District Court